PER CURIAM.
 

 William Stephen Tierney and Woods Oviatt Gilman, LLP, appeal an order denying their motion to dismiss for lack of personal jurisdiction pursuant to paragraph 43.193(l)(b), Florida Statutes (2009). We affirm on authority of
 
 Venetian Salami Co. v. Parthenais,
 
 554 So.2d 499, 502 (Fla.1989), and
 
 Beta Drywall Acquisition, LLC v. Mintz & Fraade, P.C.,
 
 9 So.3d 651 (Fla. 4th DCA),
 
 review denied,
 
 22 So.3d 538 (Fla.2009).
 

 Affirmed.